UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 21-2145 DOC (PVC)                                   Date:  June 23, 2021

Title      Gilbert J. Carlin, Jr. v. Officer Tamayo

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:
           None                                                None

**PROCEEDINGS:** **[IN CHAMBERS] ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

On March 8, 2020, Plaintiff Gilbert J. Carlin, Jr. ("Plaintiff"), a California state prisoner *proceeding pro se,* filed a civil rights complaint pursuant to 42 U.S.C. § 1983. ("Complaint," Dkt. No. 1).  Plaintiff alleges that Los Angeles County Sheriff's Department Officer Tamayo, the sole Defendant named in this action, failed to protect him from an assault by other inmates.  *(Id.* at 5).  The Complaint seeks compensatory and punitive damages from Defendant for violating Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment.  *(Id.* at 5-6).

On April 19, 2021, the Court issued an Order Dismissing Complaint with Leave to Amend due to two procedural defects.  ("ODLA," Dkt. No. 5).  The first procedural issue was the omission of the named parties to the action on the front page of the Complaint. *(Id.* at 2).  The second issue was that the signature block of the Complaint was neither signed nor dated.  *(Id.*).  Plaintiff was required to file either an amended complaint or request voluntary dismissal of this action pursuant to Federal Rules of Civil Procedure 41(a) within 21 days of the ODLA.  *(Id.* at 2-3).  The Court expressly warned Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-2145 DOC (PVC)                                   Date: June 23, 2020

Title      Gilbert J. Carlin, Jr. v. Officer Tamayo

that the failure to abide by the Court's order may result in a recommendation that this action be dismissed with prejudice for failure to prosecute. (*Id.* at 3). The deadline has expired and Plaintiff has failed to correct the procedural defects in the complaint or request voluntary dismissal.

      Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a First Amended Complaint, curing the defects of the initial Complaint. To cure the defects of the Complaint, Plaintiff will only need to: (1) complete the caption on page one of the pleading by indicating the names of the parties; (2) write the words "First Amended" immediately below the case number and immediately above the name of the pleading, "Civil Rights Complaint," also on the first page of the pleading, and (3) sign and date the pleading on page six with the date that Plaintiff delivers the First Amended Complaint to prison authorities for mailing to the Court. For Plaintiff's convenience, **the Court is attaching a copy of the Complaint for Plaintiff to complete and return as indicated above in the ODLA**.

      If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). **A Notice of Dismissal form is attached for Plaintiff's convenience.** Plaintiff is again warned that the failure to timely file a response to this Order may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

      The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

      IT IS SO ORDERED.

00:00

**Initials of Preparer**   mr