JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT J. CARLIN, JR., <br><br> Plaintiff, <br><br> v. <br><br> OFFICER TAMAYO, <br><br> Defendant. | Case No. CV 21-2145 DOC (PVC) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: April 18, 2022

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE